IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:22CR116DPJ-FKB

VANCE PHILLIPS

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW the Defendant, Vance Phillips, by and through the undersigned counsel of record, Princess Abby, Assistant Federal Public Defender, and notifies the Court and the United States Attorney's office of his intent to accept the government's plea offer and enter a plea of guilty.

Respectfully submitted this the 7th day of July, 2023.

VANCE PHILLIPS, Defendant

By: /s/Princess Abby
Princess Abby, MB#106000
Assistant Federal Public Defender
200 South Lamar St., Suite 200-N
Jackson, MS 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
Email: princess_abby@fd.org

## **CERTIFICATE OF SERVICE**

    I, Princess Abby, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to all attorneys of record.

    This the 7th day of July, 2023.

                                        */s/Princess Abby*
                                        Assistant Federal Public Defender